AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __ALABAMA__

UNITED STATES OF AMERICA

v.

PAULA SERETHA CATRETT
1155 County Road 615
New Brockton, AL

**WARRANT FOR ARREST**

Case Number: 1:06cr170-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __PAULA SERETHA CATRETT__
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Possession with the Intent to Distribute Methamphetamine (1 Ct)
Possession of Flask to Manufacture A Controlled Substance (1 Ct)
Use and Maintain A Place for the Manufacturing of Methamphetamine (1 Ct)
Possession of Firearm in furtherance of Drug Trafficking (1 Ct)

in violation of Title __21&18__ United States Code, Section(s) __846 and 841(a)(1), 843(a)(6), 856(a)(1) and 18:924(c)__

__DEBRA P. HACKETT__                                BY: _[signature]_
Name of Issuing Officer                                    Signature of Issuing Officer

__CLERK__                                                        7/12/06 -Montgomery, AL
Title of Issuing Officer - CLERK                        Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |