COURTROOM DEPUTY'S MINUTES      DATE: 7-26-2006
MIDDLE DISTRICT OF ALABAMA      DIGITAL RECORDING: 10:58 - 11:08a
                                COURT REPORTER: _IA only_

☑ ARRAIGNMENT          ☐ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB       DEPUTY CLERK: sql
CASE NUMBER: 1:06CR170-WHA      DEFENDANT NAME: Paula Seretha CATRETT
AUSA: Morris                    DEFENDANT ATTORNEY:
                                Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
                                ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES     Name:

---

☑ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ~~☐ Not Guilty~~
        ☐ Guilty as to:
            ☐ Count(s):
            ☐ Count(s):                    ☐ dismissed on oral motion of USA
                                            ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:        ☐ WAIVER OF SPEEDY TRIAL filed.
        DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
        ☑ Trial on 10-24-06; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel