**COURTROOM DEPUTY MINUTES**  DATE: 7-27-2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 11:17 - 11:29 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☒ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **Boyd**  DEPUTY CLERK: **Long**

CASE NO.: **1:06CR170-WHA**  DEFT. NAME: **Paula CATRETT**

USA: **Morris**  ATTY: **Cracker Waldrop** — for Arr only

Type Counsel: ( ) Retained; (X) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES  NAME: _____

- ☐ kars.        Date of Arrest _____  or  ☐ karsr40
- ☐ kia.         Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ kcnsl.       Deft. First Appearance with Counsel
- ☐             Deft. First Appearance without Counsel
- ☐ ✓           Requests appointed Counsel    ☐ ORAL MOTION for Appointment of Counsel
- ☒ kfinaff.     Financial Affidavit executed  ☐ to be obtained by PTSO
- ☒ koappted    ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐             Deft. Advises he will retain counsel. Has retained _____
- ☐             Government's ORAL (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐             Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.    **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. Deft. advised of conditions of release
- ☐ kbnd.       ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
-              ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☒ kloc.(LC)   Bond NOT executed. Deft to remain in Marshal's custody
- ☐             Preliminary Hearing ☐ Set for _____
- ☐ ko.         Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.    Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ ✓          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☒ karr.       **ARRAIGNMENT SET FOR:** _____ ☒ HELD. Plea of **NOT GUILTY** entered.
-              ☒ Set for _____ Trial Term;  ☐ PRETRIAL CONFERENCE DATE: _____
-              DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ kwvspt     **Waiver of Speedy Trial Act Rights Executed**