IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES,
    Plaintiff,

vs.                              CASE NO. 06-CR-170

PAULA SERETHA CATRETT,
    Defendant.

## NOTICE OF CONFLICT OF INTEREST AND DECLINING APPOINTMENT AND/OR WITHDRAWAL OF COUNSEL

COMES now, SYDNEY ALBERT SMITH, CJA Panel Attorney, and advises this Court of his inability to accept an appointment as counsel for the above named defendant due to a conflict of interest, and cites as grounds therefore as follows:

1. Counsel received notice of from the Federal Defender's Office and accepted appointment as counsel for **DALE ARNOLD WILLIAMS**, a codefendant in this case, on July 25, 2006. As arraignment was set for Wednesday, July 26, 2006, and counsel knew he would be out of the office on July 27 and 28, work on the case begin immediately.

2. Counsel conducted extensive research into the case and defendant. Counsel also contacted the case agent.

3. On July 26, 2006, counsel met with the Defendant, **DALE ARNOLD WILLIAMS**, and discussed the case with the prosecutor.

4. Counsel appeared at arraignment on the 26th for **DALE ARNOLD WILLIAMS** and further discussed the case with the Defendant, the agent and prosecutor with specific goals.

5. On Sunday, July 30, 2006, counsel learned through email that Attorney Richard Cracker Waldrop who represents **DALE ARNOLD WILLIAMS** in his state cases was appointed to

represent the Defendant, and that the undersigned would be appointed to represent **PAULA SERETHA CATRETT.**

6. Due to the conversations with the Defendant, **DALE ARNOLD WILLIAMS** and the case agent and the prosecutor, the undersigned will have a conflict of interest in representing **PAULA SERETHA CATRETT** and must respectfully withdraw.

Respectfully submitted this the 31st day of July, 2006.

> S/Sydney Albert Smith
> Sydney Albert (Al) Smith
> Attorney at Law
> ASB-3560-H70S
> P. O. Drawer 389
> Elba, Al 36323
> Phone:    334-897-3658
> Fax:      334-897-8633

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

CLARK MORRIS, ASSISTANT U. S. ATTORNEY
JOHN T. HARMON, ASSISTANT U. S. ATTORNEY

> Respectfully submitted,
>
> /s/Sydney Albert Smith
> Sydney Albert Smith
> ASB 3560 H70S
> Attorney for Johnnie Grimes
> P. O. Drawer 389
> Elba, AL 36323
> Phone:    334-897-3658
> Fax:      334-897-8633
> email:    sydneyalbertsmith@charter.net