UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA |
| | ) | |
| PAULA SERETHA CATRETT | ) | |

## ORDER ON MOTION

Pursuant to the *Notice of Conflict of Interest and Declining Appointment and/or Withdrawal of Counsel* (Doc. 80, filed July 31, 2006), construed as a motion to withdraw, it is

**ORDERED** that the Motion is **GRANTED**.  Accordingly, it is,

ORDERED that CJA Panel Attorney Timothy C. Halstrom is hereby appointed to represent Defendant Paula Seretha Catrett in all proceedings in this cause of action.  The Clerk is hereby instructed to remove Sydney Albert Smith as counsel of record for Defendant Catrett and designate instead, Timothy C. Halstrom.  Atty. Halstrom's notice of appearance should be filed as soon as possible.

Done this 2nd day of August, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE