IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| V. | * | CR. NO.  1:06cr170-WHA |
| | * | |
| **PAULA SERETHA CATRETT,** | * | |

## MOTION TO WITHDRAW

Comes now the undersigned counsel, Richard (Cracker) Waldrop, CJA Panel Attorney, and moves this Honorable Court to withdraw his name as counsel for the above named defendant, and cites as grounds therefore:

(1) Counsel received notice from the Federal Defender's Office an accepted appointment of counsel for Paula Seretha Catrett, on July 26, 2006. Arraignment was set for Thursday, July 27, 2006.

(2) Prior to arraignment, the undersigned attorney, discovered that he had previously been appointed to represent co-defendant, Dale Arnold Williams, in Coffee County Cases numbered DC-2006-861 and DC-2006-862 and therefore would have a conflict of interest in representing defendant, Paula Seretha Catrett.

(3) The undersigned attorney, in open court, on July 27, 2006, advised the Court of his conflict and that he would have to decline the appointment for defendant, Catrett.

(4) On July 27, 2006, after discussion with the Court, and disclosure to defendant, Catrett, and not discussing any of defendant Catrett's issues in the present case, the undersigned attorney represented defendant, Catrett, for the purposes of arraignment only.

(5) Due to the representation of co-defendant, Dale Arnold Williams, in the Coffee County cases, the undersigned has a conflict of interest involving Paul Seretha Catrett and files this, his Motion to Withdraw as her attorney.

Respectfully submitted this the 2nd day of August, 2006.

>s/Richard (Cracker) Waldrop
>RICHARD (CRACKER) WALDROP
>ASB-2398-L57R
>P. O. Box 310027
>Enterprise, AL  36331
>(334) 393-2288
>Fax (334) 393-5559

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John T. Harmon | Clark Morris |
| Assistant U.S. Attorney | Assistant U.S. Attorney |

This is the 2nd day of August, 2006.

>Respectfully submitted,
>
>/s/Richard (Cracker) Waldrop
>Richard (Cracker) Waldrop
>ASB-2398-L-57R
>P. O. Box 310027
>Enterprise, AL  36331
>(334) 393-2288
>Fax (334) 393-5559
>Email: crackerwaldrop@alaweb.com