UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA |
| | ) | |
| PAULA SERETHA CATRETT | ) | |

**ORDER ON MOTION**

Pursuant to the *Motion to Withdraw* (Doc. 95, August 2, 2006), filed by Richard (Cracker) Waldrop, and for good cause therein, it is

**ORDERED** that the Motion is **GRANTED**.

Done this 3rd day of August, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE