IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.1:06-cr-170-WHA-DRB |
| PAULA SERETHA CATRETT ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody PAULA SERETHA CATRETT, into the custody of Special Agents Devin Whittle and/or Bob Greenwood, Drug Enforcement Administration, on August 9, 2006, through May 31, 2007, so that said agents can take such prisoner into custody for the purpose of transporting her to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Devin Whittle and/or Bob Greenwood to return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Respectfully submitted this the 8th day of August, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135 E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO.1:06-cr-170-WHA-DRB |
| v. | ) | |
| | ) | |
| PAULA SERETHA CATRETT | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy Halstrom, Esquire.

                                                LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                s/ A. Clark Morris
                                                A. CLARK MORRIS
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, Alabama 36104
                                                Telephone: (334) 223-7280
                                                Fax: (334) 223-7135
                                                E-mail: clark.morris@usdoj.gov