IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 1:06-CR-00170-WHA |
| | * | |
| **PAULA SERETHA CATRETT,** | * | |
| **DEFENDANT** | * | |

**RESPONSE TO GOVERNMENT'S MOTION FOR ORDER**

Comes now Defendant, through her attorney of record, and objects to the Court entering an order directing the United States Marshall to release Custody of Prisoner as stated in the Government's proposed Order accompanying its Motion and for cause states as follows:

Defendant does **not** take exception to the intent of the Government's motion, however, Defendant objects to the wording set forth in the proposed order as follows:

1.  The Order proposed by the Government gives no deference to the Defendant's right to have counsel present at any and all times Defendant is being questioned by the agents. Though the Government has always arranged for interviews with Defendant through counsel, Defendant would find more acceptable language to the effect that the Government shall notify Counsel for Defendant and arrange a time and place wherein counsel can be present whenever said agents intend to exercise their authority under the Court's order.

2.  The proposed Order is callous and disrespectful in the manner in which it describes the business the Government may conduct with Defendant wherein it states, to wit: " . . . shall return said prisoner into the custody of the United States Marshals Service when he has <u>finished with [her]</u>." *Emphasis supplied*. The description is more applicable to said agents completing a

four course meal rather than conducting discussion relative to the alleged crime. Defendant would find more acceptable language to the effect that the Government shall return said prisoner into the custody of the United States Marshals Service when it has completed its business with Defendant.

      Respectfully submitted this day, August 8, 2006.

                                              /s/Timothy C. Halstrom
                                              Timothy C. Halstrom
                                              Bar Number HAL021
                                              Attorney for Defendant Paula Sertha Catrett

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification tot he parties.:

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021