IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA |
| | ) | |
| PAULA SERETHA CATRETT | ) | |

ORDER

Upon consideration of the government's *Motion for Order Directing The United States Marshal to Release Custody of Prisoner* (Doc. 103 ), filed on August 8, 2006, and for good cause, it is

**ORDERED** that the motion be and hereby is **GRANTED**. It is further ORDERED as follows:

1. The United States Marshals Service shall release custody of PAULA SERETHA CATRETT to Special Agents Devin Whittle and/or Bob Greenwood, from August 9, 2006, through May 31, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

3. The defendant, who enjoys the right to have her attorney present with her during any discussions with agents, shall be taken into custody by the agents only after due notice to her attorney and agreement upon a time and place when her attorney can be present during their discussions with the defendant.

2. Special Agents Devin Whittle and/or Bob Greenwood shall return said prisoner into the custody of the United States Marshals Service when they have completed their transactions with the defendant.

Done this the 8th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

FOR

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE