# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☒ Southern    ☐ Eastern

HON. __Delores Boyd__    AT __Montgomery__, Alabama

DATE COMMENCED __8/21/2006__ @ __11:05__ ☒ a.m. ☐ p.m

DATE COMPLETED __8/21/2006__ @ __11:10__ ☒ a.m. ☐ p.m

CASE NO. __1:06CR170-WHA__

UNITED STATES OF AMERICA    VS.    PAULA SERETHA CATRETT
Plaintiff(s)                          Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**
Morris

**Defendant (s)**
Tim Halstrom

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.    Crt Rptr: 

Law Clerk:    Interpreter:

USPO/USPTS:    Other:

### PROCEEDINGS:

☐ Motion Hearing :
☐ Status Conference         ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Revocation                ☐ Scheduling Conf.       ☐ Show Cause
☐ Settlement Conference     ☐ Telephone Conf.        ☐ Sentencing
☐ Non-Jury Trial            ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☒ Pretrial Conference

Pending Motions: __None__

Discovery Status: ____    Plea Status: __Possible__

Trial Status/Length: __4 Days__    Trial Term: __1-8-07__