IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br>     PLAINTIFF | * <br> * <br> * |
| v. | *    CR. NO. 1:06-CR-00170-WHA <br> * |
| PAULA SERETHA CATRETT, <br>     DEFENDANT | * <br> * |

## MOTION TO CONTINUE

    Comes now Defendant, Paula Catreet, by and through counsel of record, and moves the Court to continue the trial of this case and for cause states as follows:

    1.    This case is presently set for trial during the court's trial term commencing September 18, 2006 based upon Defendant's stated desire at arraignment for a speedy trial. Defendant expressed her desire prior to the appointment of the undersigned as counsel of record.

    2.    After consultation with counsel, Defendant has reconsidered her position with respect to a speedy trial and has executed a Waiver of Speedy Trial Act Rights which was filed in open court prior to the Court's conducting the pre-trial conference on August 21, 2006.

    3.    The Court has previously continued the trial of co-defendant Michael Wayne Catreet which trial is now set for January 8, 2007.

    4.    The issues applicable to the defense of Defendant in this case are numerous and complex and there is not sufficient time, as presently exists, within which counsel has to adequately prepare for trial.

    Wherefore the above matters considered, Defendant prays this Court grant her motion and

continue the trial of this case.

      Respectfully submitted this day, August 21, 2006.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021
      Attorney for Paula Catreet

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4162 Carmichael Court
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:
A. Clark Morris, AUSA

                                                /s/Timothy C. Halstrom
                                                Timothy C. Halstrom
                                                Bar Number HAL021