RECEIVED **IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
2006 AUG 21  A 11: 28    **EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| **v.** | * | **CR. NO. 1:06-CR-00170-WHA** |
| | * | |
| **PAULA SERETHA CATRETT,** | * | |
| **DEFENDANT** | * | |

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Paula Seretha Catrett, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 US.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

Done this the _18th_ day of _August_, 2006.

_Paula Seretha Catrett_
Paula Seretha Catrett

_Timothy C. Halstrom_
TIMOTHY C. HALSTROM
Attorney for Paula Seretha Catrett
AL Bar Code: HAL021
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email