IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:06cr170-WHA |
| PAULA SERETHA CATRETT ) | |

**ORDER**

This case is before the court on the Motion to Continue (Doc. #132), filed on August 21, 2006, by the Defendant. The Defendant has executed a Waiver of Speedy Trial, and the United States does not oppose the motion.

The court finds, for the reason that the Defendant is in need of additional time to adequately prepare a defense, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that this case is CONTINUED from September 18, 2006, to the term commencing January 8, 2007.

DONE this 22nd day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE