COURTROOM DEPUTY MINUTES           DATE: **AUGUST 30, 2006**
MIDDLE DISTRICT OF ALABAMA
                                   DIGITAL RECORDING: __11:21 - 11:27__

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NO. <u>1:06-CR-170-WHA-DRB</u> | DEFT. NAME: <u>PAULA S. CATRETT</u> |
| USA: <u>A. CLARK MORRIS</u> | ATTY: <u>TIMOTHY HALSTROM</u> |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ; |
| USPTSO/USPO:_____ | |

Defendant _____ does ✓ does NOT need an interpreter; NAME:_____

- ☐ Kars.        Date of Arrest _____ or  ☐ Rule 5 Arrest
- ☐ Kia.         Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.      Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted     **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.      Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐             Deft. Advises he will retain counsel. Has retained _____
- ☐             Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐             Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐             **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.       **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.        ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
                 ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.         Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.    Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.     Waiver of Preliminary hearing;
- ☐             Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.      **ARRAIGNMENT** SET FOR:_____ ✓ **HELD.** Plea of **NOT GUILTY** entered.
                ✓ **Trial Term** __1/8/07__ ; ☐ **PRETRIAL CONFERENCE DATE:** _____
                ☐ **DISCOVERY DISCLOSURES** DATE: _____
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt     **Waiver of Speedy Trial Act Rights Executed.**