IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL WAYNE CATRETT, ) | CR. NO.  1:06-CR-170-WHA |
| PAULA SERETHA CATRETT, ) | |
| DALE ARNOLD WILLIAMS, ) | |
| TRINITY AMANDA ROBERTS, ) | |
| RENATA LYNN MYERS WALLACE, ) | |
| LINDA SCHALLER CANTELLI, ) | |
| AMY LYNN REDD LOLLEY, and ) | |
| CAROL ANN MICHILES ) | |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment, heretofore filed in the above styled cause, on the following grounds, to wit:

Superseding Indictment filed.

Respectfully submitted this the 30th day of August, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL WAYNE CATRETT, | ) | CR. NO.  1:06-CR-170-WHA |
| PAULA SERETHA CATRETT, | ) | |
| DALE ARNOLD WILLIAMS, | ) | |
| TRINITY AMANDA ROBERTS, | ) | |
| RENATA LYNN MYERS WALLACE, | ) | |
| LINDA SCHALLER CANTELLI, | ) | |
| AMY LYNN REDD LOLLEY, and | ) | |
| CAROL ANN MICHILES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Bethel, Esquire; Timothy Halstrom, Esquire; Richard Waldrop, Esquire; John M. Poti, Esquire; Malcolm R. Newman, Esquire; Charles E.Vercelli, Jr., Esquire; Pate DeBardeleben, Esquire; and Dan Hamm, Esquire.

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A