IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES O F AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.   1:06CR170-WHA |
| | ) | |
| PAULA SERETHA CATRETT | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **September 27, 2006** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

PAULA SERETHA CATRETT

before the United States District Court at Montgomery, Alabama in **Courtroom 5-A** on the **27**$^{TH}$ day of **September, 2006** at **10:00 o'clock a. m.**

DONE this 11th day of September, 2006.

VANZETTA P. MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk


cc:   U.S. Attorney
      U.S. Pretrial Services
      U.S. Probation
      Atty. Timothy Halstrom