**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| **v.** | * | **CR. NO. 1:06-CR-00170-WHA** |
| | * | |
| **PAULA SERETHA CATRETT,** | * | |
| **DEFENDANT** | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant, Paula S. Catrett, by and through counsel of record, and gives notice

to the Court of Defendant's intent to change her plea.

Respectfully submitted this day, December 18, 2006.


/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Paula S. Catrett

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.


/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021