## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06CR-170-WHA |
| | ) | |
| PAULA SERETHA CATRETT | ) | |

### CONSENT

I, **Paula Seretha Catrett**, hereby declare my intention to enter a plea of guilty in

the above case, and after conferring with my lawyer, I hereby consent to have a United

States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules

of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty

based on my plea of guilty.  I understand that the District Judge to whom this case is

assigned will decide later whether to accept or reject any plea agreement I may have with

the United States and will impose sentence.

Done this the 20th December, 2006.

_____
Defendant

_____
Attorney