| | |
|---|---|
| COURTROOM DEPUTY MINUTES DATE: DECEMBER 20, 2006 | FTR RECORDING: 1:36 - 1:51 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN |

❏ ARRAIGNMENT  √ CHANGE OF PLEA  ❏ CONSENT PLEA

❏ RULE 44(c) HEARING  ❏ SENTENCING

---

PRESIDING MAG. JUDGE: CHARLES S. COODY   DEPUTY CLERK: WANDA STINSON
CASE NUMBER: 1:06CR-170-WHA-CSC   DEFENDANT NAME: PAULA SERETHA CATRETT
AUSA: TOMMIE HARDWICK   DEFENDANT ATTY: TIMOTHY HALSTROM
Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO
USPTS/USPO: DEWAYNE SPURLOCK

Defendant _____ does  √ does NOT need and interpreter.  Name: _____

---

❏ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) 1, 2, 3  of the **Superseding Indictment.**

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered   √ Written plea agreement filed.   ❏ ORDERED SEALED.

√ **ORAL ORDER** Adjudicating defendant guilty.

❏ **ORDER:** Defendant Continued  ❏ Same Conditions/Bond imposed by Mag. Judge;

❏ Released on Bond & Conditions of Release for:  ❏ Trial on _____;

❏ Sentencing on _____;  ❏ to be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.