IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **PLAINTIFF** * | |
| * | |
| v. * | CR. NO. 1:06-CR-00170-WHA |
| * | |
| **PAULA SERETHA CATRETT,** * | |
| **DEFENDANT** * | |

## MOTION TO CONTINUE

Comes now Defendant, Paula Catreet, by and through counsel of record, and moves the Court to continue the sentencing hearing set for March 20, 2007 and for cause states as follows:

1. The family of counsel for Defendant has planned a reunion in Virginia during the week of March 17 through March 21, 2007. This coincides with the spring break for the schools relevant to counsel's family.

2. Counsel will be traveling with his immediate family and his mother who will be turning 90 years old and will be visiting numerous communities where she lived and served as a pastor's wife for many years.

3. At the present time, counsel intends to be out of the State of Alabama From March 16th until March 23, 2007. Counsel would be available for an earlier or later hearing date.

Wherefore the above matters considered, Defendant prays this Court grant her motion and continue the sentencing hearing of this case.

Respectfully submitted this day, January 2, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Paula Catreet

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4162 Carmichael Court
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to interested parties.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021