IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )

vs. ) CR. NO. 1:06cr170-WHA

PAULA SERETHA CATRETT )

## **ORDER**

Due to a conflict which has developed in the court's schedule, it is hereby

ORDERED that sentencing of the Defendant, currently scheduled for March 15, 2007, is CONTINUED and RESET for Wednesday, March 28, 2007, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 9th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE